

# IN THE
# TENTH COURT OF APPEALS

## No. 10-13-00204-CR

## IN RE CHRISTOPHER KEITH SCHMOTZER

### Original Proceeding

### O R D E R

Christopher Keith Schmotzer filed

1) a "Motion for Leave to file Writ of Mandamus pursuant to T.R.A.P. Rule 72.1;"

2) a "Motion to Compel Trial Court to Comply with T.C.C.P. Art. 64.02(a)(2);"

3) a "Motion for Suspension of the rules pursuant to T.R.A.P. Rule 2;" and

4) a "Declaration of Inability to Pay Cost"

in this Court on June 25, 2013. By letter dated June 28, 2013, the Clerk of this Court notified the parties that the Court would consider the motion for leave to file and the motion to compel (items 1 and 2 above) together as a Petition for Writ of Mandamus

and requested a response from the parties to the proceeding no later than 28 days from the date of the notice. *See* TEX. R. APP. P. 52.8(b). Because relator did not serve the respondent or the real party in interest with any of the documents, the Clerk enclosed copies with the notice mailed to respondent and the real party in interest. More than 28 days have passed and no response has been filed.

Accordingly, the Brazos County District Attorney, as the real party in interest, is ORDERED to file a response to relator's Petition for Writ of Mandamus (the "Motion for Leave to file Writ of Mandamus pursuant to T.R.A.P. Rule 72.1" and "Motion to Compel Trial Court to Comply with T.C.C.P. Art. 64.02(a)(2)" considered together as a Petition for Writ of Mandamus). The trial court, as the respondent, is encouraged to respond. The response must be filed within **14 days** from the date of this Order.

PER CURIAM

Before Chief Justice Gray,
    Justice Davis, and
    Justice Scoggins
Response ordered
Order issued and filed August 15, 2013